FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP - 9 2009

JAMES N. HATTEN, Clerk
By: /s/ MPA Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICHARD R. HARP EXCAVATION, INC.,

    Plaintiff,

v.

SOUTHERN LUMBER, INC.; WEST PANOLA, LLC; SOUTHERN LUMBER II, LLC; FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF INTEGRITY BANK,

    Defendants.

---

SOUTHERN LUMBER II, LLC,

    Cross-claimant,

v.

INTEGRITY BANK,

    Cross-defendant.

CIVIL ACTION
NO. 1:09-cv-0042-GET

## O R D E R

The above-styled matter is presently before the court on defendant FDIC as Receiver for Integrity Bank's motion for leave to amend answer [docket no. 25].

On August 10, 2009, defendant FDIC as Receiver for Integrity Bank ("FDIC/Integrity Bank") filed a motion for leave to amend its Answer to add the affirmative defense of equitable subrogation. Local Rule 7.1B requires that "any party opposing a motion shall serve the party's response...not later than ten (10) days after

service of the motion," and further provides that, "[f]ailure to file a response shall indicate that there is no opposition to the motion." LR 7.1B, ND Ga.

As of the date of this order, no party has responded to defendant FDIC/Integrity Bank's motion for leave to amend answer [docket no. 25] which included a certificate of service. Accordingly, the court GRANTS AS UNOPPOSED defendant FDIC/INTEGRITY Bank's motion for leave to amend answer [docket no. 25].

Summary

Defendant FDIC/INTEGRITY Bank's motion for leave to amend answer [docket no. 25] is **GRANTED AS UNOPPOSED**.

**SO ORDERED**, this 9th day of September, 2009.

_____
G. ERNEST TIDWELL, JUDGE
UNITED STATES DISTRICT JUDGE